**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

December 8, 2004

Federal Public Defender's Office
2 Whitney Avenue, suite 300
New Haven, CT 06510

       Re: Case Name: USA v Terence Henderson
            Number: 3:02cr29 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

       Defendant's Exhibits 1,2,3,4

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                       Sincerely,

                       Kevin F. Rowe, Clerk

                       BY    /s/ Alice Montz
                          Alice Montz
                          Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____