UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

**FILED**
2004 DEC 10 A 11: 51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

December 8, 2004

Federal Public Defender's Office
2 Whitney Avenue, suite 300
New Haven, CT 06510

   Re: Case Name: USA v Terence Henderson
       Number: 3:02cr29 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

   Defendant's Exhibits 1,2,3,4

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                    Sincerely,

                    Kevin F. Rowe, Clerk

                    BY _____
                       Alice Montz
                       Deputy Clerk

ACKNOWLEDGMENT: _Nilda T. McClain_   DATE: _12/09/04_